**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Korn, Andrew R.**                                              CASE NO

                                                                CHAPTER **13**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____08/13/2019_____     Signature _____     /s/ Andrew R. Korn_____
                                                                Andrew R. Korn, Debtor

**\*Debtor plans to supplement with creditors that were not included in this initial Matrix**

BBVA Compass
15 20th St S Fl 9
Birmingham, AL 35233

Bowdich & Associates, PLLC
10440 North Central Expressway Suite
1540
Dallas, TX 75231

Capital One
15000 Capital One Dr
Richmond, VA 23238

Credit Systems International,
Inc
1277 Country Club Ln
Fort Worth, TX 76112

First PREMIER Bank
3820 N Louise Ave
Sioux Falls, SD 57107

I C System Inc
Po Box 64378
Saint Paul, MN 55164

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Merrick Bank/CardWorks
Po Box 9201
Old Bethpage, NY 11804