**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: **Korn, Andrew R.**

CASE NO 19-32720-13

CHAPTER **13**

**AMENDED VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____08/15/2019_____     Signature _____/s/ Andrew R. Korn_____

Andrew R. Korn, Debtor

**Tuesday Real Estate, LLC**
400 N. St. Paul Street, Suite 1400
Dallas, TX 75201